UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| JAIME C. CATELO, SAMANTHA YABUT CATELO, ROBERT D. SANTOS, JOHN RANDHAL SANTOS, and SEAN CURTIS YABUT,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>MODERN WOODMEN OF AMERICA, NARCISA DOLLY FLORES,<br><br>　　　　　Defendants. | 2:10-CV-01287-PMP-PAL<br><br>**ORDER** |

It appearing from the Joint Status Report (Doc. #8), filed on August 30, 2010, that the parties have reached a settlement in this case,

**IT IS ORDERED that** the parties shall have to and including **October 15, 2010** within which to file a Stipulation of Dismissal.

DATED: September 1, 2010.

_____
PHILIP M. PRO
United States District Judge