Thomas G. Ryan
Nevada Bar No. 9378
Lisa Wong Lackland
Nevada Bar No. 9934
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Defendant
Modern Woodmen of America

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAIME C. CATELO; SAMANTHA YABUT CATELO; ROBERT D. SANTOS; JOHN RANDHAL SANTOS; and SEAN CURTIS YABUT, individually and on behalf others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>MODERN WOODMEN OF AMERICA; NARCISA DOLLY FLORES; DOES I-X and ROES I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:10-cv-01287-PMP-PAL<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

IT IS HEREBY stipulated by, between and among the parties hereto that all claims of plaintiffs Jaime C. Catelo, Samantha Yabut Catelo, Robert D. Santos, John Randhal Santos and Sean Curtis Yabut in the above-captioned action be dismissed with prejudice. Specifically, this dismissal with prejudice includes dismissal of all of (1) plaintiff Jaime C. Catelo's claims in his individual capacity and any and all interests he has as a class representative or class member; (2) plaintiff Samantha Yabut Catelo's claims in her individual capacity and any and all interests she has as a class representative or class member; (3) plaintiff Robert D. Santos's claims in his individual capacity and any and all interests he has as a class representative or class member; (4) plaintiff John Randhal Santos's claims in his individual capacity and any and all interests he has as

a class representative or class member; and, (5) plaintiff Sean Curtis Yabut's claims in his individual capacity and any and all interests he has as a class representative or class member. Each party to bear his/her/its own costs and attorneys fees.

Dated this 7th day of September, 2010.

| JESSE SBAIH & ASSOCIATES, LTD. | LEWIS AND ROCA LLP |
|---|---|
| By: /s/ Jesse M. Sbaih<br>JESSE M. SBAIH<br>Nevada Bar No. 7898<br>The District at Green Valley Ranch<br>170 South Green Valley Parkway, Suite 280<br>Henderson, NV 89012<br>Attorneys for Plaintiffs | By /s/Lisa Wong Lackland<br>THOMAS G. RYAN<br>LISA WONG LACKLAND<br>Nevada Bar No. 9934<br>3993 Howard Hughes Parkway,<br>Suite 600<br>Las Vegas, NV 89169<br>Attorneys for Defendant<br>Modern Woodmen of America |

## ORDER

Based on the foregoing stipulation, IT IS SO ORDERED.

DATED this 7th day of September, 2010.

_____
U.S. DISTRICT COURT JUDGE